Date: 01/13/10   R# 149670  CK# 107  $3.67   Page: 1

# DIVIDENDS REMITTED TO THE COURT

Case Number 09-14908 - SWANN, SUSAN

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| 1st American Credit Solutions, LLC<br>PO Box 1770<br>Powell, OH 43065 | 000006 | 23.08 | 3.67 |
| ---------- Remittance Total --------------- | | 23.08 | 3.67 |

*Alan Treinish*
ALAN J. TREINISH, TRUSTEE

FILED 2010 JAN 14 PM 12:56 U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF OHIO CLEVELAND